# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| TIMOTHY JERRY FERRIS, | ) | 1:06-CV-00839 AWI SMS HC |
| Petitioner, | )<br>)<br>) | ORDER ADOPTING FINDINGS AND RECOMMENDATION REGARDING MOTION TO DISMISS (Doc. #8) |
| v. | ) | |
| JEANNE WOODFORD, | )<br>)<br>) | ORDER GRANTING REQUEST TO WITHDRAW CLAIMS AND DENYING REQUEST FOR ASSISTANCE (Doc. #11) |
| Respondent. | ) | |
| | ) | ORDER REFERRING ACTION TO MAGISTRATE JUDGE |

Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

On December 8, 2006, the Magistrate Judge issued a Findings and Recommendation that recommended Respondent's motion to dismiss the petition for writ of habeas corpus for failure to exhaust state remedies be GRANTED, the petition be DISMISSED without prejudice, and Petitioner's motion for stay be DENIED. This Findings and Recommendation was served on all parties and contained notice that any objections to the Findings and Recommendation were to be filed within ten (10) court days of the date of service of the order. Over ten (10) days have passed and no party has filed objections.

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C), this Court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the Court finds that the Findings and Recommendation is supported by the record and proper analysis.

On January 26, 2007, Petitioner filed a motion requesting assistance from the court and

requesting the court proceed on the exhausted claims. Petitioner first asks that the court allow him to withdraw the unexhausted claims and allow him to proceed on the exhausted claims. Petitioner then asks for the court to contact the California Supreme Court and ask it to resolve Petitioner's pending habeas case. Finally, Petitioner requests the court to allow him to amend the petition at a later date to add the unexhausted claims.

The petition for writ of habeas corpus currently before the court is a mixed petition because it contains both unexhausted and exhausted claims, and the court must dismiss it. See Rose v. Lundy, 455 U.S. 509, 521-22 (1982). However, if a Petitioner amends a petition and withdraws the unexhausted claims, the petitioner can avoid dismissal and proceed in federal court. Rose, 455 U.S. at 510; Taylor, 134 F.3d. at 985. Accordingly, Petitioner's motion to withdraw the petition's unexhausted claims is granted and the court will proceed on the exhausted claims.

However, the court must deny Petitioner's other requests. The court has no authority to force the California Supreme Court to rule on matters pending before it. And, to the extent Petitioner is renewing his request for the court to stay this action pending the California Supreme Court's ruling, the court agrees with the Magistrate Judge's finding that Petitioner has not shown good cause for such a stay.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendation issued December 8, 2006, is ADOPTED;
2. Respondent's Motion to Dismiss is GRANTED in part;
3. The unexhausted claims in the Petition for Writ of Habeas Corpus are DISMISSED WITHOUT PREJUDICE;
4. The court will proceed on the Petitioner's exhausted claims;
5. Petitioner's Motion for Stay is DENIED; and
6. This action is REFERRED to the Magistrate Judge for further proceedings.

IT IS SO ORDERED.

Dated:     February 10, 2007                    /s/ Anthony W. Ishii
0m8i78                                          UNITED STATES DISTRICT JUDGE