UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY JERRY FERRIS, | ) 1:06-CV-00839 AWI SMS HC |
| Petitioner, | ) ORDER GRANTING PETITIONER'S MOTION TO AMEND |
| | ) [Doc. #15] |
| v. | ) |
| | ) ORDER REQUIRING RESPONDENT TO RESPOND TO ADDITIONAL CLAIMS |
| JEANNE WOODFORD, Warden, | ) |
| Respondent. | ) ORDER SETTING BRIEFING SCHEDULE |

Petitioner is a state prisoner proceeding pro se with a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254.

On June 30, 2006, Petitioner filed a petition for writ of habeas corpus in this Court. Petitioner raised the following four grounds for relief: (1) "Weather [sic] the prosecution must prove, at jury trial that a criminal defendant was san[e] at the time of the offense beyond a reasonable doubt under the 6th and 14 amendments to the United States Constitution, where the defendant has presented substantial evidence that he is legal insane at the time of the offense"; 2) "Does the California determinate sentencing law, as applied by trial court, and upheld by the court of appeal and the Supreme Court of California violate the defendants sixth amendment right to a jury trial under the United States Constitution by allowing the judge, rather than a jury, to find factors used to support imposition of the upper upper [sic] term of imprisonment"; 3) "Ineffective of appeals council"; and

1  4) "Jury misconduct."

2      On November 7, 2006, Respondent filed a motion to dismiss the petition as a mixed petition
3  containing exhausted and unexhausted claims. In particular, Respondent alleged that Grounds Three
4  and Four were unexhausted.  The undersigned issued a Findings and Recommendation on
5  December 8, 2006, which recommended the mixed petition be dismissed.  Petitioner responded and
6  acknowledged that the two claims were unexhausted, and he requested the two claims be withdrawn.
7  On February 12, 2007, the District Court adopted the Findings and Recommendation and dismissed
8  the two unexhausted claims.

9      On February 23, 2007, the undersigned issued an order directing Respondent to file a
10 response to the petition, excluding the unexhausted claims which had been dismissed.

11     On March 21, 2007, Petitioner filed the instant motion to amend the petition and reintroduce
12 the two claims. Petitioner states the California Supreme Court actually denied his petition on
13 February 7, 2007, thereby exhausting his claims. In support of his motion, Petitioner has attached a
14 copy of the ruling from the California Supreme Court which shows his petition for writ of habeas
15 corpus was denied on February 7, 2007. Therefore, it appears the claims have been exhausted.

16     Rule 15(a) of the Federal Rules of Civil Procedure provides, in relevant part:

17     (a) Amendments. A party may amend the party's pleading once as a matter
       of course at any time before a responsive pleading is served or, if the
18     pleading is one to which no responsive pleading is permitted and the action
       has not been placed upon the trial calendar, the party may so amend it at any
19     time within 20 days after it is served. Otherwise a party may amend the
       party's pleading only by leave of court or by written consent of the adverse
20     party; and leave shall be freely given when justice so requires.

21     Petitioner has shown good cause to amend the petition. Accordingly, Grounds Three and
22 Four of the petition are hereby REINSTATED. Respondent is DIRECTED to include Grounds Three
23 and Four in the response to the petition. In light of this development, the briefing schedule is reset as
24 of the date of this order.

25 ///
26 ///
27 ///
28 ///

# ORDER

Accordingly, IT IS HEREBY ORDERED:

1. Petitioner's motion to amend the petition is GRANTED;
2. Grounds Three and Four of the petition are REINSTATED;
3. Respondent is DIRECTED to include Grounds Three and Four in the response;
4. The parties are advised that the briefing schedule set forth on February 23, 2007, is reset as of the date of this Order, and the Clerk of Court is DIRECTED to reflect the new deadlines on the docket.

IT IS SO ORDERED.

Dated:   April 26, 2007                          /s/ Sandra M. Snyder
                                          UNITED STATES MAGISTRATE JUDGE