1

2

3

4

5

6

7

8              IN THE UNITED STATES DISTRICT COURT FOR THE

9                    EASTERN DISTRICT OF CALIFORNIA

10

11  TIMOTHY JERRY FERRIS,                    1:06-cv-00839 LJO SMS (HC)

12           Petitioner,
                                            ORDER GRANTING EXTENSION OF
13  vs.                                     TIME TO FILE TRAVERSE

14  JEANNE WOODFORD,                         (DOCUMENT #21)

15           Respondent.
                                   /
16

17       Petitioner is a prisoner proceeding pro se in a habeas corpus action pursuant to 28 U.S.C.

18  § 2254.  On August 13, 2007, petitioner filed a motion to extend time to a traverse.  Good cause

19  having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS

20  HEREBY ORDERED that:

21       Petitioner is granted thirty days from the date of service of this order in which to file a

22  traverse.

23

24  IT IS SO ORDERED.

25  **Dated:    August 30, 2007**              /s/ Sandra M. Snyder
                                            UNITED STATES MAGISTRATE JUDGE
26

27

28