IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY JERRY FERRIS,<br><br>    Petitioner,<br><br>    vs.<br><br>JEANNE WOODFORD,<br><br>    Respondent.<br>_____/ | 1:06-cv-00839-LJO-JMD (HC)<br><br>ORDER GRANTING PETITIONER'S FIRST MOTION FOR EXTENSION OF TIME TO FILE OBJECTIONS TO FINDINGS AND RECOMMENDATION<br><br>(DOCUMENT #32)<br><br>SIXTY DAY DEADLINE |

Petitioner is a state prisoner proceeding in a habeas corpus action pursuant to 28 U.S.C. § 2254. On October 27, 2008, petitioner filed a motion to extend time to file objections to the findings and recommendation. Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

Petitioner is granted sixty days from the date of service of this order in which to file objections to the findings and recommendation.

IT IS SO ORDERED.

**Dated:   October 29, 2008**         **/s/ John M. Dixon**
                                      UNITED STATES MAGISTRATE JUDGE