1
2
3
4
5
6

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

7
8

| | | |
|---|---|---|
| 9 | TIMOTHY JERRY FERRIS, ) | 1:06-CV-0839 LJO JMD HC |
| 10 | Petitioner, ) | ORDER GRANTING PETITIONER'S |
| | ) | MOTION TO REOPEN TIME TO FILE |
| 11 | ) | NOTICE OF APPEAL [Doc. 37] |
| | v. ) | |
| 12 | ) | ORDER REQUIRING COURT CLERK TO |
| | JEANNE WOODFORD, ) | SERVE ENTRY OF JUDGMENT [Doc. 36] |
| 13 | ) | |
| | Respondent. ) | FOURTEEN DAY DEADLINE TO FILE |
| 14 | ) | NOTICE OF APPEAL |

15
16        Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus

17   pursuant to 28 U.S.C. § 2254.

18        The Magistrate Judge issued a <u>Findings and Recommendation</u> on October 15, 2008,

19   recommending that the petition for writ of habeas corpus be DENIED with prejudice.  The

20   Magistrate Judge further recommended that the Clerk of Court be DIRECTED to enter judgment.

21   The Findings and Recommendation was served on all parties and contained notice that any

22   objections were to be filed within 30 days of the date of service of the order.

23        On December 29, 2008, Petitioner filed <u>objections</u> to the Findings and Recommendation.  On

24   January 30, 2009, the Court, after conducing a *de novo* review of the petition for writ of habeas

25   corpus pursuant to the provisions of 28 U.S.C. § 636(b)(1)(C), adopted the Magistrate Judge's

26   Findings and Recommendation in full.  (Court Doc. 35).  The Court also directed the Court Clerk to

27   enter judgement.  The Court Clerk entered judgement on January 30, 2009.  (Court Doc. 36).

\\\

28

1    On May 20, 2009, Petitioner filed a motion requesting that the time to file his notice of

2    appeal be reopened.  Petitioner contends that he never received the Court's January 30, 2009 order

3    and did not learn of the order until April 27, 2009, when the Court Clerk mailed Petitioner a copy of

4    the order in response to Petitioner's request for a status update of his case.

5    Pursuant to Rule 4(a)(1)(A) of the Federal Rules of Appellate Procedure, "the notice of

6    appeal required by Rule 3 must be filed with the district clerk within 30 days after the judgment or

7    order appeal from is entered."   However, Rule 4 further states that:

8    The district court may reopen the time to file an appeal for a period of 14 days after
     the date when its order to reopen is entered, but only if all of the following conditions
9    are satisfied:
                   (A) the court finds that the moving party did not receive notice under
10         Federal Rule of Civil Procedure 77(d) of the entry of the judgment or order
           sought to be appealed within 21 days after entry;
11                 (B) the motion is filed within 180 days after the judgment or order is
           entered or within 7 days after the moving party receives notice under Federal
12         Rule of Civil Procedure 77(d) of the entry, whichever is earlier; and
                   (C) the court finds that no party would be prejudiced.
13   Fed. R. App. 4(a)(6).

14   The Court finds that Petitioner has demonstrated that he did not receive notice of the entry of

15   judgment or of the order he seeks to appeal within 21 days of their entry.  According to the prison

16   mail log, Petitioner received no mail from the Court between January 16, 2009 until April 27, 2009.

17   (Motion Ex. C2).  Consequently, Petitioner could not have received the Court's January 30, 2009

18   order (Court Doc. 35)  nor the entry of judgement by the Court Clerk (Court Doc. 36) within 21 days

19   of their entry.

20   Furthermore, the record before the Court indicates that the documents mailed to Petitioner on

21   April 27, 2009, included a copy of the January 30, 2009 order adopting the Magistrate Judge's

22   Findings and Recommendation but did not include a copy of the entry of judgement.  Consequently,

23   Petitioner has not yet received an entry of judgement in this instant case.  Thus, the Court finds that

24   Petitioner has met the requirement of filing the motion within 180 days of the January 30, 2009 order

25   or within 7 days of receiving notice of the entry of judgment, pursuant to Rule 77(d) of the Federal

26   Rules of Civil Procedure.

27   Lastly, the Court cannot conceive of a reason why Respondent, the only other party in this

28   case, would be prejudiced by reopening the time for Petitioner to file a notice of appeal.

Accordingly, IT IS HEREBY ORDERED that:

1. The time to file a notice of appeal is reopened for 14 days from the date upon which this order is entered; and

2. The Court Clerk shall serve Petitioner with the entry of judgement (Court Doc. 36).

IT IS SO ORDERED.

**Dated:    May 28, 2009**                          **/s/ Lawrence J. O'Neill**
                                                    UNITED STATES DISTRICT JUDGE